Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Asim M. Bhansali (SBN 194925)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350
Fax: (415) 367-1539

*Counsel for Plaintiffs*
*SONY CORPORATION,*
*SONY ELECTRONICS INC., and*
*SONY INTERACTIVE ENTERTAINMENT LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SONY CORPORATION, SONY ELECTRONICS INC., and SONY INTERACTIVE ENTERTAINMENT LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ROVI GUIDES, INC., ROVI TECHNOLOGIES CORPORATION, and TIVO SOLUTIONS, INC., <br><br> Defendants. | Case No.: 5:20-cv-08009-EJD <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Sony Corporation, Sony Electronics Inc., and Sony Interactive Entertainment LLC hereby give notice that the above-entitled action is voluntarily dismissed with prejudice against all Defendants, namely Rovi Guides, Inc., Rovi Technologies Corporation, and TiVo Solutions, Inc. (collectively "Defendants"). Defendants have not served an answer or a motion for summary judgment in this matter. Dismissal with prejudice is therefore appropriate without a court order.

Dated: February 1, 2021

KWUN BHANSALI LAZARUS LLP
WOLF, GREENFIELD & SACKS, P.C.

By: /s/ Asim Bhansali

Michael S. Kwun (SBN No. 198945)
mkwun@kblfirm.com
Asim M. Bhansali (SBN 194925)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350
Fax: (415) 367-1539

*(continued on next page)*

Michael N. Rader (*pro hac vice*)
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue
New York, NY 10158
Telephone: (212) 697-7890
Facsimile: (617) 646-8646

Randy J. Pritzker (*pro hac vice*)
rpritzker@wolfgreenfield.com
Charles T. Steenburg (*pro hac vice*)
csteenburg@wolfgreenfield.com
Chelsea A. Loughran (*pro hac vice*)
cloughran@wolfgreenfield.com
Marie A. McKiernan (*pro hac vice*)
mmckiernan@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Facsimile: (617) 646-8646

*Counsel for Plaintiffs*
SONY CORPORATION, SONY ELECTRONICS INC., and SONY INTERACTIVE ENTERTAINMENT LLC